UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

JUN 1 5 2011

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CRIMINAL NO. |
| | § | **11CR 445** |
| ERICK BERNARD DAVIS, | § | |
| Defendant. | § | |
| | § | |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

### BANK FRAUD

Beginning in or about February 2, 2009, the exact time being unknown, and continuing to on or about February 10, 2010, in the Southern District of Texas and elsewhere,

ERICK BERNARD DAVIS,

defendant herein, did knowingly, intentionally, and willfully combine, conspire, confederate and agree with others known and unknown to commit and aid and abet in the commission of the objects of the conspiracy against the United States, as follows:

(a) to knowingly execute or attempt to execute a scheme and artifice to defraud and to obtain money, funds and assets that were in the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises.

In violation of 18 United States Code, Section 371.

## Overt Acts

In furtherance of the conspiracy described herein, one or more of the co-conspirators committed, in the Southern District of Texas and elsewhere, one or more of the following overt acts:

1. On or about February 2, 2009, Erick Davis, looked up K.G.'s account and viewed the balance.

2. On or about November 13, 2009, Erick Davis, looked up E.M.'s account and viewed the balance.

3. On or about January 14, 2010, an un-indicted co-conspirator contacted an FBI source requesting the source's assistance in his attempt to extract money from a JP Morgan Chase bank account. During the conversation, the un-indicted co-conspirator gave the FBI source an account number, the ATM card number, Social Security number and the approximate balance.

4. On or about January 27, 2010, Erick Davis called E.M.'s home and learned that she was deceased.

5. On or about January 27, 2010, an un-indicted co-conspirator had a conversation with an FBI source and during the conversation the un-indicted co-conspirator gave the FBI source the Chase bank account information for a deceased Chase customer, identified as E.M. During the conversation, the un-indicted co-conspirator gave the FBI source the account number, Social Security number and the approximate balance of $100,000.

6. On or about February 10, 2010, an un-indicted co-conspirator traveled from Dallas, Texas to the Pappadeaux located at 18165 Interstate 45 South, Conroe, Texas to meet with an undercover FBI agent.

## COUNT 2
## BANK FRAUD

Beginning in or about February 2, 2009, the exact time being unknown, and continuing to on or about February 10, 2010 in the Southern District of Texas and elsewhere,

ERICK BERNARD DAVIS,

defendant herein, did knowingly, execute or attempt to execute a scheme and artifice to defraud a federally-insured financial institution and to obtain money, funds and assets that were under the custody and control of a federally-insured financial institution by means of false and fraudulent pretenses, representations, and promises.

In violation of 18 United States Code, Section 1344 and 2.


JOSE ANGEL MORENO
Acting United States Attorney

By: _____
KEBHARU H. SMITH
Assistant United States Attorney
(713)567-9000